Merchants National Fire Insurance Company, appellee, v. Frank R. Thompson et al., on appeal of Frank R. Thompson, appellant. Gen. No. 26,335.

Suit for cancellation of a note and of shares of stock issued by complainant to defendant and for an accounting. Cross-bill for the amount of the note less certain indebtedness and for enforcement of a contract to repurchase the stock. Finding of master for defendant approved in part and disapproved in part. Appeal

by defendant and cross error by complainant. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded with directions. Opinion filed November 29, 1921. Rehearing denied December 9, 1921.

Frederick A. Brown, for appellant; Robert Elden Mathews, of counsel. Stebbins, Garey, L'Amoreaux & Hurtubise and McKinley & Price, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.